UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GABRIEL A ECKARD,<br><br>                    Plaintiff,<br><br>     v.<br><br>CHARLES PEASE, DONALD HOLBROOK, and CASEY WILLIS,<br><br>                    Defendants. | No. 4:16-CV-05114-EFS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR PRELIMINARY INJUNCTION |

Before the Court is Magistrate Judge Dimke's Report and Recommendation, ECF No. 16. Magistrate Judge Dimke recommends denial of Plaintiff Gabriel A Eckard's construed Motion for Preliminary Injunction, ECF No. 4, in which he seeks unspecified legal materials. Plaintiff, a prisoner at the Monroe Correctional Complex – Special Offenders Unit, is proceeding pro se and in forma pauperis; Defendants have not been served.

There being no objections, **IT IS HEREBY ORDERED:**

1. Magistrate Judge Dimke's Report and Recommendation, **ECF No. 16**, is **ADOPTED in its entirety.**

2. Plaintiff's construed Motion for Preliminary Injunction, **ECF No. 4**, is **DENIED.**

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR PRELIMINARY INJUNCTION -- 1

3.  Plaintiff shall comply with the Order to Amend or Voluntarily Dismiss, ECF No. 13, by no later than Monday, **February 13, 2017**.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide a copy to Plaintiff.

**DATED** this  19th  day of January 2017.

                              s/Edward F. Shea
                              EDWARD F. SHEA
                    Senior United States District Judge